| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:11-2340 |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS LEROY WILSON | ) | |
| | ) | |

ORDER TO DISMISS FORFEITURE ALLEGATIONS AS TO
THOMAS LEROY WILSON

Based upon the motion of the United States, the forfeiture allegations of the Indictment are hereby dismissed.

AND IT IS SO ORDERED.

_____
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

August 24, 2012

Florence, South Carolina